UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC MANLEY, derivatively on behalf
of Latch, Inc. f/k/a/ TS Innovation
Acquisitions Corp.,

        Plaintiff,

- against -

LUKE SCHOENFELDER, ET AL.,

        Defendants.

23-cv-1273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As the Court advised the parties in <u>Brennan v. Latch, Inc., et al.</u>, No. 22-cv-7473 (JGK), ECF No. 39, the Court's niece is an equity partner in Latham & Watkins, but she has not and will not share in any income from this case. Nothing about this has affected or will affect anything the Court does in this case.

SO ORDERED.

Dated:    New York, New York
           April 15, 2023

                                              John G. Koeltl
                                       United States District Judge