UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LATCH INC. DERIVATIVE LITIGATION

23-cv-1273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a joint status update to the Court by **June 6, 2025**.

SO ORDERED.

Dated:   New York, New York
         May 30, 2025

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge