**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LATCH INC. DERIVATIVE LITIGATION | Lead Case No. 1:23-cv-01273-JGK |

**<u>JOINT STATUS UPDATE</u>** *& Order.*

Plaintiffs Eric Manley ("Manley") and Daniel Gottlieb ("Gottlieb" and together "Plaintiffs"), Defendants Luke Schoenfelder, Garth Mitchell, Barry Schaeffer, Raju Rishi, J. Allen Smith, Peter Campbell, Patricia Han, Robert Speyer, and Andrew Sugrue ("Individual Defendants"), and Nominal Defendant Latch Inc. ("Latch," and together with the Individual Defendants, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this joint status update pursuant to the Court's memo endorsement issued on March 24, 2026. ECF No. 44.

As previously disclosed to the Court, on September 19, 2025, the Parties reached a settlement in principle and promptly notified the Court. ECF No. 30. Since that time, the Parties had been negotiating attorneys' fees to be paid to Plaintiffs' counsel and were updating the Court on those negotiations. ECF Nos. 32, 34, 36, 38, 41. On March 19, 2026, the Parties informed the Court that they reached an agreement on attorneys' fees and jointly requested that the Court set the deadline to file the Stipulation of Settlement ("Stipulation") by no later than May 4, 2026, or otherwise submit a status report to the Court if they required additional time to file the Stipulation. ECF No. 43. The Parties have conferred regarding the timing of the Stipulation and the motion for preliminary approval of settlement, are continuing to negotiate regarding the documents, and need additional time to finalize the Stipulation and the motion for preliminary approval of settlement. As a result, the Parties intend to file the Stipulation and the motion for preliminary approval of settlement by June 8, 2026.

Dated: May 4, 2026

Respectfully submitted,

**THE SHAPIRO FIRM, LLP**

*/s/Robert J. Shapiro*[1]
Robert J. Shapiro
Jonathan S. Shapiro
The Shapiro Firm, LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 391-6464
Facsimile: (212) 719-1616
Email: rshapiro@theshapirofirm.com
Email: jshapiro@theshapirofirm.com

*Counsel for Plaintiff Eric Manley*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Tel.: (484) 875-3116
Email: mhynes@hh-lawfirm.com
              lhernandez@hh-lawfirm.com

*Counsel for Plaintiff Eric Manley and Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Tel.: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
              shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Daniel Gottlieb and Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

---

[1] Electronic signatures included herein have consented to the filing of this document pursuant to ECF Rule 8.5(b).

Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Email: kristin.murphy@lw.com

*Counsel for Defendants*

The parties should submit the motion for preliminary approval of the settlement no later than June 8, 2026. So ordered.

5/5/26    Jer 6/Koelto
U.S.D.J.

- 3 -