UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LATCH, INC. DERIVATIVE LITIGATION

23-cv-1273 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court will hold a hearing on the Motion for Preliminary Approval of Derivative Settlement on **Wednesday, July 15, 2026, at 11:00 a.m.** in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, NY, 10007.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 7, 2026**

John G. Koeltl
United States District Judge